

Entered on Docket
June 02, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

RICK A. YARNALL
CHAPTER 13 STANDING TRUSTEE
701 Bridger Ave Suite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>STEPHEN H SCOTT, IV<br><br>**Debtor**<br><br>**NEWARK & NEWARK LAW FIRM**<br>**Attorney for Debtor** | Chapter 13<br>BKS-09-31479-MKN<br><br>Hearing Date: 05/27/2010<br>Hearing Time: 2:00 pm |

### ORDER OF DISMISSAL

A motion for Order Dismissing Bankruptcy Proceedings filed by the Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:

(X) Trustee        ( ) Debtor(s)        (X) Attorney for Debtor(s)        ( ) Other: ,

and said Motion having been considered by this Court, and good cause appearing therefore;

IT IS HEREBY ORDERED that the above-captioned proceedings under Chapter 13 be, and the same hereby is DISMISSED for the Debtor(s) failure to:

- Make Plan payment

IT IS FURTHER ORDERED that the Trustee is allowed $0.00 as and for expenses incurred in the administration of this case.

Dated:  June 01, 2010

/s/Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee
(JCL)

_see attached_
Newark & Newark Law Firm
201 Las Vegas Blvd., S., #350
Las Vegas, NV 89101
(702) 888-2525

RICK A. YARNALL
CHAPTER 13 STANDING TRUSTEE
701 Bridger Ave Suite 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@LasVegas13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>STEPHEN H SCOTT, IV<br><br>Debtor<br><br>NEWARK & NEWARK LAW FIRM<br>Attorney for Debtor | Chapter 13<br>BKS-09-31479-MKN<br><br>Hearing Date: 05/27/2010<br>Hearing Time: 2:00 pm |

### ORDER OF DISMISSAL

A motion for Order Dismissing Bankruptcy Proceedings filed by the Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:

(X) Trustee      ( ) Debtor(s)      (X) Attorney for Debtor(s)      ( ) Other: .

and said Motion having been considered by this Court, and good cause appearing therefore;

IT IS HEREBY ORDERED that the above-captioned proceedings under Chapter 13 be, and the same hereby is DISMISSED for the Debtor(s) failure to:

- Make Plan payment

IT IS FURTHER ORDERED that the Trustee is allowed $0.00 as and for expenses incurred in the administration of this case.

Dated: June 01, 2010

/s/Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee
(JCL)

Newark & Newark Law Firm
201 Las Vegas Blvd., S., #350
Las Vegas, NV 89101
(702) 888-2525

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one);

____The court has waived the requirement of approval under LR 9021.

 X  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

NEWARK & NEWARK LAW FIRM            Approved

____This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###